UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IMAGE PRODUCTS, INC.,
a North Carolina corporation,

    Plaintiff,

vs.                                         Case No.: 8:06-cv-214-T-26TGW

MINI VACATIONS, INC., a
Florida corporation,

    Defendant.
_____/

### ORDER ON PLAINTIFF IMAGE PRODUCTS, INC.'S
### MOTION FOR TEMPORARY RESTRAINING ORDER

THIS CAUSE came before the Court upon Plaintiff Image Products, Inc.'s Motion for Temporary Restraining Order, and the Court having considered the Motion, the affidavits and accompanying Memorandum of Law, and for good cause being shown, it is:

ORDERED AND ADJUDGED that, pending a full hearing on the below Order to Show Cause Why a Preliminary Injunction Should Not Issue, Defendant Mini Vacations, Inc., its officers, agents, servants, employees, attorneys, and all those acting in concert or in participation with any of them who receive actual notice of this order by personal service or otherwise, are hereby temporarily obligated to:

    1.    Forward all vouchers and live certificates redeemed via mail to Image Products at 1710 Dawson Street, Wilmington, NC 28403 or such other address as Image Products may specify to Mini Vacations in writing;

    2.    Stop referring complaining voucher holders and live certificate holders to Image Product's client banks;

3. Refer any and all voucher holders and live certificate holders to Image Products directly by telephone at (866) 376-0163 or (910) 202-2219 or such other telephone number as Image Products may specify to Mini Vacations in writing;

4. Produce to Image Products any and all information within its possession concerning past, present and future voucher holders and live certificate holders related to vouchers sold by Image Products; and

5. Cooperate with Image Products in explaining the information concerning past, present and future voucher holders and live certificate holders related to vouchers sold by Image Products (for example, the meaning of any internal codes in Mini Vacations' records)..

This Temporary Restraining Order is granted this 9TH day of February, 2006, AT 7:45A.M. because any continued actions by the Defendant Mini Vacations, Inc. regarding the failure to redeem said incentive vouchers shall cause the Plaintiff Image Products, Inc. irreparable injury. This Temporary Restraining Order is granted without notice to prevent the Defendant Mini Vacations, Inc. from continuing the aforementioned practices before this Court has the opportunity to consider fully the issues raised by the Plaintiff Image Products, Inc.'s Motion for Preliminary Injunction.

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED THAT the Defendant, Mini Vacations, Inc. show cause before the Honorable Richard A Lazzara United States District Judge, in Courtroom 15B of the United States District Courthouse for the Middle District of Florida, Tampa Division, located at 801 N. Florida Ave, Tampa Fl 33602 on the 17TH day of February, 2005 at 11 a.m. or as soon thereafter as counsel may be heard, why an order

should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure, granting the Plaintiff Image Products, Inc. the following preliminary injunctive relieve pending the final disposition of this action:

1. That Mini Vacations, Inc. will forward all vouchers and live certificates redeemed via mail to Image Products at 1710 Dawson Street, Wilmington, NC 28403 or such other address as Image Products may specify to Mini Vacations in writing;

2. That Mini Vacations, Inc. will stop referring complaining voucher holders and live certificate holders to Image Product's client banks;

3. That Mini Vacations, Inc. will refer any and all voucher holders and live certificate holders to Image Products directly by telephone at (866) 376-0163 or (910) 202-2219 or such other telephone number as Image Products may specify to Mini Vacations in writing;

4. That Mini Vacations, Inc. will produce to Image Products any and all information within its possession concerning past, present and future voucher holders and live certificate holders related to vouchers sold by Image Products; and

5. That Mini Vacations, Inc. will cooperate with Image Products in explaining the information concerning past, present and future voucher holders and live certificate holders related to vouchers sold by Image Products (for example, the meaning of any internal codes in Mini Vacations' records).

## BOND

IT IS FURTHER ORDERED AND ADJUDGED that a bond or undertaking in the amount of $ 5,000.00 be posted by Image Products with the Clerk of Court by the 10th day of February, 2006, to provide security for the payment of such costs and damages

as may be incurred or suffered by any party who is found to have been wrongfully restrained or enjoined.

### SERVICE

IT IS FURTHER ORDERED AND ADJUDGED that this order, together with the papers upon which it was granted, be personally served upon the Defendant, Mini Vacations, Inc. by delivering copies to the Defendant no later than the /3 r/+ day of February, 2006. Service shall be deemed good and sufficient if made upon a registered agent for service or process or upon an officer, director, or a general or managing agent or upon counsel. Answering papers by the Defendant, if any, shall be filed in the Clerk's office and delivered to the Plaintiff's counsel on or before the /r-r/+ day of February, 2006.

_____
United States District Judge

Dated this  9TH  day of February, 2006, AT  7:4 r A . m.