UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IMAGE PRODUCTS, INC.,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-214-T-23TGW

MINI VACATIONS, INC.,

    Defendant,

_____/

**ORDER**

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a November 8, 2006, order (Doc. 46) referred the plaintiff's amended motion (Doc. 45) for default judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 13, 2007, report and recommendation (Doc. 52), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 52) is **ADOPTED** and the plaintiff's amended motion for default judgment is **GRANTED**. The Clerk shall (1) enter final default judgment in favor of the plaintiff and against the defendant in the amount of $224,451.89, (2) terminate any pending motion, and (3) close the case.

    ORDERED in Tampa, Florida, on March 20, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE